SCWC-30727

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I ,
Respondent/Plaintiff-Appellee,

vs.

SEAN A. WASZILY,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30727; CR. NO. 07-1-0027(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(by: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ., and
Circuit Judge Castagnetti, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Sean A. Waszily's

application for writ of certiorari filed on June 15, 2012, is

hereby rejected.

DATED: Honolulu, Hawai'i, July 27, 2012.

Matson Kelley,
for Petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Jeannette H. Castagnetti